

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00392-CV

**WILLIAM M. WINDSOR,**

                                             **Appellant**

**v.**

**SEAN D. FLEMING,**

                                             **Appellee**

**and**

## No. 10-15-00092-CV

**WILLIAM WINDSOR,**

                                             **Appellant**

**v.**

**JOEYISALITTLEKID, ET AL,**

                                             **Appellees**

_____

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 88611

_____

# O R D E R

_____

The briefing schedule in these appeals was stayed by order of the Court issued

on October 15, 2015.  Accordingly, Sean D. Fleming's "Motion for Stay and Alternative Motion for Extension of Time" for these appeals is dismissed as moot.


PER CURIAM


Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion dismissed as moot
Order issued and filed November 25, 2015

